IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WAR N. MARION,

          Plaintiff,

v.

JANEL NICKEL, DYLON RADTKE,
CHAD KELLER and B. NEUMAIER,

          Defendants.

ORDER

09-cv-723-bbc

---

     Plaintiff War Marion is proceeding in this case on retaliation and due process claims. Now before the court is plaintiff's motion to reconsider the court's orders denying his motion to inspect a surveillance videotape and photographs of towers and track field. This court twice has denied plaintiff's request to compel this discovery, on July 30, 2010 and on August 16. 2010. Plaintiff has not offered any new facts or arguments showing that these decisions are wrong. Therefore, his motion for reconsideration will be denied.

ORDER

     IT IS ORDERED that plaintiff's motion for reconsideration, dkt. #55, is DENIED.

     Entered this 23rd day of September, 2010.

                           BY THE COURT:

                           /s/

                           STEPHEN L. CROCKER
                           Magistrate Judge