IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WAR N. MARION,

        Plaintiff,

v.

JANEL NICKEL, DYLON RADTKE,
CHAD KELLER and B. NEUMAIER,

        Defendants.

ORDER

09-cv-723-bbc

---

Plaintiff War Marion moves for additional discovery responses from non-parties Daniel J. Bavinick and Roy Davenport. First, plaintiff contends that Bavinick's responses are evasive and incomplete. It appears that plaintiff simply does not like the answers he received. He has failed to show that the responses are inadequate.

Second, plaintiff asks Davenport to answer an additional request for admission. Defendants respond that they will accept this one additional request for admission and facilitate a response from Roy Davenport.

ORDER

IT IS ORDERED that plaintiff War Marion's request for more discovery from non-parties, dkt. #57, is DENIED, with the exception that Roy Davenport will answer one additional request for admission.

Entered this 1st day of October, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge