IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAR N. MARION,

        Plaintiff,

v.

JANEL NICKEL, DYLON RADTKE,
CHAD KELLER and BENJAMIN NEUMAIER,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-723-bbc

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Janel Nickel, Dylon Radtke, Chad Keller and Benjamin Neumaier dismissing plaintiff's case and all claims contained therein.

Approved as to form this 23d day of March, 2011.

_/s/ Barbara B. Crabb_
Barbara B. Crabb,
District Judge

_/s/ Peter Oppeneer_           MAR 2 3 2011
Peter Oppeneer, Clerk of Court        Date