IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAR N. MARION,

                Plaintiff,                              ORDER

    v.                                               09-cv-723-bbc

JANEL NICKEL, DYLON RADTKE,
CHAD KELLER and BENJAMIN NEUMAIER

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Judgment was entered in this case on March 23 2011 after the jury returned a verdict in favor of defendants. Now plaintiff has filed a notice of appeal. Dkt. #136. Also, he has a filed a request for leave to proceed <u>in forma pauperis</u> on appeal. Dkt. #142.

      Plaintiff's request is governed by the 1996 Prison Litigation Reform Act. This means that this court must determine first whether plaintiff's request must be denied either because he has three strikes against him under 28 U.S.C. § 1915(g) or because the appeal is not taken in good faith. Plaintiff does not have three strikes against him and I do not intend to certify that his appeal is not taken in good faith.

      However, I cannot tell whether plaintiff qualifies for indigent status on appeal because

he has not submitted a trust fund account statement for the six-month period immediately preceding the filing of his notice of appeal. Therefore, I will stay a decision on plaintiff's request for leave to proceed in forma pauperis pending his submission of the necessary trust fund account statement.

ORDER

IT IS ORDERED that a decision whether plaintiff War Marion may proceed in forma pauperis on appeal is STAYED. Plaintiff may have until May 23, 2011 in which to submit a trust fund account statement for the six-month period beginning approximately October 14, 2010 and ending approximately April 14, 2011. If, by May 23 2011, petitioner fails to submit the necessary trust fund account statement, I will deny his request for leave to proceed in forma pauperis on appeal for his failure to show that he is entitled to indigent status on appeal.

Entered this 3d day of May, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge