IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAR N. MARION,

                Plaintiff,                              ORDER

            v.                                    09-cv-723-bbc

JANEL NICKEL, DYLON RADTKE,
CHAD KELLER and BENJAMIN NEUMAIER

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In an order entered on May 13, 2011, I gave plaintiff War Marion until June 6, 2011, in which to pay two $40.25 initial partial payments of the fees for filing each of the two appeals, in this case, dkt. #136 and 137.  I told plaintiff that if, by June 6, 2011, he failed to pay either of the initial partial payments or explain his failure to do so, I would advise the court of appeals of his noncompliance in paying the assessment so that it could take whatever steps it deemed appropriate with respect to his appeals.  Plaintiff has submitted only one of the two $40.25 initial partial payments.  Accordingly, I am notifying the Court of Appeals for the Seventh Circuit of plaintiff's failure to pay one of the two initial partial payments so that it may take whatever action is appropriate with respect to plaintiff's

1

appeals. Whether or not the court of appeals allows both of plaintiff's appeals to go forward, plaintiff owes both of the $455 fees for filing both of these appeals. Therefore, I am asking the clerk of court to make sure that the court's financial records reflect plaintiff's financial obligation to pay both of the filing fees.

    Entered this 13th day of June, 2011.

                                  BY THE COURT:
                                  /s/
                                  BARBARA B. CRABB
                                  District Judge